HARRY SHERMAN, as President of the Moving Picture Machine Operators Union Local No. 306 of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, Respondent, v. ENTERTAINMENT HOLDING CORPORATION and Others, Appellants, Impleaded with Another. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of SUSSER CORPORATION, Appellant, for an Order Vacating an Order Dated May 20th, 1933, in the Matter of the Voluntary Dissolution of CAMP WINDSOR, INC. PAUL L. ROSS and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PETER MAC KAY, Respondent, v. HARRY KALKER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of Supplementary Proceedings: GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Judgment Creditor, Respondent, v. SAMUEL D. FRIEDMAN and Others, Doing Business under the Firm Name of FRIEDMAN BROS. & Co., Judgment Debtors. LOUIS M. FRIEDMAN, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LERTA REALTY CORPORATION, Respondent, v. MAYBELLE V. SCHLEICHER and Another, Defendants, Impleaded with SCHLEICHER REALTY, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

HARRY A. EISNER, Respondent, v. THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., OF LONDON, ENGLAND, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THOMAS KENYON, Doing Business, etc., Respondent, against SAMUEL LEVY, President of the Borough of Manhattan, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLES TUTUNDGY and Others, Respondents, v. NEEDLE ART CORPORATION and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.